```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 04555
   TOMASZ I LIS
   CYNTHIA L LIS                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

         Debtor
   SSN XXX-XX-7684      SSN XXX-XX-4546
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/15/07 and confirmed on 05/10/07.

   2.  The case was converted to Chapter 7 after confirmation, 06/02/2008.

   3.  The Debtor paid a total of $  16450.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME EQUITY | SECURED | .00 | .00 | .00 |
| BAXTER CREDIT UNION | SECURED VEHIC | 5286.47 | 387.54 | 759.53 |
| DISNEY VACATION DEVELOPM | SECURED | .00 | .00 | .00 |
| GMAC PAYMENT CENTER | SECURED VEHIC | 15174.25 | 1023.27 | 10837.08 |
| GMAC PAYMENT CENTER | UNSECURED | 24633.15 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 17452.18 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 10235.25 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 43961.79 | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| B REAL LLC | UNSECURED | 22723.17 | .00 | .00 |
| B REAL LLC | UNSECURED | 9570.00 | .00 | .00 |
| B REAL LLC | UNSECURED | 7662.13 | .00 | .00 |
| CHASE BANK | UNSECURED | 1837.10 | .00 | .00 |
| EMERGENCY/PVN | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5000.00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3805.79 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9450.17 | .00 | .00 |
| CHASE BANK USA | UNSECURED | 2642.64 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 855.86 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WORLD FINANCIAL NETWORK | UNSECURED | 1291.70 | .00 | .00 |
| B REAL LLC | UNSECURED | 9258.37 | .00 | .00 |
| JAMES M PHILBRICK | ADMINISTRATIV | 500.00 | .00 | 500.00 |

         Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

---

```
TOTAL CLMS ALLOWED      20460.72       500.00     170379.30          .00     191340.02
PRINCIPAL PAID          11596.61       500.00           .00          .00      12096.61
INTEREST PAID            1410.81          .00           .00          .00       1410.81
TOTAL PAID              13007.42       500.00           .00          .00      13507.42
```

The Debtor's attorney, MICHAEL J WORWAG              , was allowed $   3000.00
and was paid $    700.00   direct and $   2300.00   through the plan.

The Trustee received $      642.58 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 09/11/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE